UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENT BROWN, | 1:10-cv-01910-SKO (HC) |
|     Petitioner, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
|   vs. | (DOCUMENT #9) |
| KEN CLARK, | ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE A TRAVERSE |
|     Respondent. | |
| _____/ | (DOCUMENT #9) |

    Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.

    Further, Petitioner has requested an extension of time within which to file a traverse. Although the Court directed Respondent to file a response to the petition on December 17, 2010, no response has yet been filed. Accordingly, Petitioner's request for an extension of time is premature and will be denied without prejudice to filing another motion for an extension of

1  time after Respondent has filed a response to the petition.

2      Accordingly, IT IS HEREBY ORDERED that:

3      1) Petitioner's request for appointment of counsel is DENIED; and

4      2) Petitioner's request for an extension of time is DENIED without prejudice. IT IS SO ORDERED.

**Dated:**  **February 10, 2011**      /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE